(COB #231 voNtcHearingOnConf)(10/07)

## IN THE UNITED STATES BANKRUPTCY COURT
**District of Colorado** ,
HONORABLE Elizabeth E. Brown

In re:

    Steven Garland Gray
    Deborah Garner Gray

Debtor(s)

Case No.:   09−31825−EEB
Chapter:    13

SSN/TID
Nos.   xxx−xx−2477
      xxx−xx−4772

### NOTICE OF HEARING ON CONFIRMATION

NOTICE IS HEREBY GIVEN that a hearing on confirmation of Debtor(s)' Chapter 13 Plan and any objections thereto, will be held with Merrie Kippur, Law Clerk/the Honorable Elizabeth E. Brown, on a trailing docket scheduled for **Wednesday, 12/23/2009 , at (approximately) 9:15 a.m. (Mountain Time)**, in Courtroom F, United States Bankruptcy Court for the District of Colorado, 721 19th St., Denver, CO 80202.

**NEW PROCEDURE FOR APPEARANCES: In the event that any document required by Transitional Local Bankruptcy Rule 3015−1 (T.L.B.R.), including the certificate regarding plan objections required by T.L.B.R. 3015−1(d)(3), is not timely filed, the party required to file such document MUST APPEAR AT THE HEARING IN PERSON.** Parties who have timely complied with the requirements of T.L.B.R. 3015−1 may appear telephonically. Parties wishing to appear by telephone shall call 720−904−7499 immediately prior to the scheduled time of the hearing. The Meeting ID for the conference call is 1120, followed by the # sign. If the hearing has not yet begun, you will hear hold music until a second party connects. Please stay on the line until the court operator takes the roll call and the hearing begins. **The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in court, it will be deemed a failure to appear.** Debtors who are represented by counsel may, but are not required, to appear either personally or telephonically.

NOTICE IS FURTHER GIVEN that if, at the time of the status and scheduling conference, the matter has not been resolved, the deadline for filing of an amended plan will be established and a confirmation hearing will be set. Counsel/the parties shall be prepared to advise the Court as to the issues to be resolved and scheduling efficiencies such as amount of time required for hearing and number of witnesses anticipated to be called.

NOTICE IS FURTHER GIVEN THAT if there are no timely objections to the plan and the Debtors file a Verification of Confirmable Plan pursuant to T.L.B.R. 3015−1 no later than three court days prior to the hearing, the Court may act on the plan by consent without hearing. Parties should check the calendar on the court's website at www.cob.uscourts.gov the day before the hearing to ascertain whether the hearing is vacated or call the court's law clerk at 720−904−7348.

IT IS ORDERED that failure to comply with the procedures set forth herein may subject the parties/counsel to **imposition of sanctions by the Court, as may be appropriate**.

Dated:  10/23/09

BY THE COURT:
s/ Elizabeth E. Brown
United States Bankruptcy Judge