IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

IN RE:  
STEVEN GARLAND GRAY

CHAPTER 13  
CASE:  09-31825 EEB

DEBORAH GARNER GRAY

DEBTORS

---

CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

---

The Standing Chapter 13 Trustee hereby files her Objection to Confirmation of the proposed Chapter 13 Plan, and states:

1. In order to verify that the Debtors' 6 month "snap-shot" income is below the household median and that the plan provides the minimum distribution to unsecured creditors, the Trustee requests the documents and calculation required by Section 521(h).
2. Because the Debtors assert that their "snap-shot" income is below median, the Trustee requests documentation to support their utility expenses on Schedule J.

The Trustee reserves the right to amend her objection after the meeting of creditors and to report on the Debtors' payment history at any confirmation hearing.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. Section 1307.

November 28, 2009

Respectfully submitted,

s/Aimee Grimsley  
Aimee Grimsley  #39723  
Attorney for Chapter 13 Trustee,  
Sally J. Zeman  
P.O. Box 1169  
Denver, CO  80201-1169  
(303) 830-1971  
FAX (303) 830-1973

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid or delivered electronically via ECF, on <u>November 28, 2009</u> addressed as follows:

| | |
|---|---|
| STEVEN GARLAND and DEBORAH GARNER GRAY<br>18695 SHILOH RANCH DR<br>COLORADO SPRINGS, CO 80908-1249 | GEOFFREY H ATZBACH<br>455 E PIKES PEAK AVE STE 301<br>COLORADO SPRINGS, CO 80903 |

\s\ sjz\_\_\_\_
Chapter 13 Trustee Staff Member