UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| STEVEN GARLAND GRAY, | )    Chapter 13 |
| SSN: XXX-XX-2477 | )    Case No.: 09-31825 EEB |
| DEBORAH GARNER GRAY, | ) |
| SSN: XXX-XX-4772 | ) |

_____

## CERTIFICATE AND MOTION TO DETERMINE NOTICE
_____

The debtors, by and through counsel, Geoffrey H. Atzbach, submit the following certificate pursuant to L.B.R. 3015-1 and state as follows:

1.      The debtors filed for chapter 13 relief on October 15, 2009.  The debtors attended their 11 U.S.C. 341(a) Meeting of Creditors on December 3, 2009.

### OBJECTIONS

2.      The following objections have been filed to the debtors' plan dated October 15, 2009, at docket no. 2:

          *Chapter 13 Trustee at docket no. 14;

3.      The debtors have complied with the "Meet and Confer" requirement of L.B.R. 3015-1.  Counsel has conferred with the attorneys for the objecting parties regarding the objections to confirmation.

4.      The debtors have provided the chapter 13 trustee with documents to verify the debtors' income.

### MOTION TO DETERMINE NOTICE OF AMENDED PLAN

5.      **Notice**

          [   ] **Notice to all creditors**:

          [ X ] **Request to waive or limit notice**:  The debtors request notice of the amended plan be limited or waived for the following reasons: The amended plan will not decrease the amount payable to class four creditors.  Debtors request that the amended plan be served on the Chapter 13 Trustee and any parties of record.

6.      **Objection Time Period**

          [   ] **Objection Deadline Pursuant to Fed.R.Bankr.P. 2002(b)**:  The debtor believes notice of the amended plan should be for the full objection period set forth in Fed.R.Bankr.P. 2002(b).

          [ X ] **Request to Shorten Objection Time Period**:  The debtors request the objection period set forth in Fed.R.Bankr.P. 2002(b) be shortened to ten days.

Dated:   December 19, 2009

/s/ Geoffrey H. Atzbach
Geoffrey H. Atzbach, #28527
Geoffrey H. Atzbach, P.C.
Attorney for Debtor(s)
455 E. Pikes Peak Ave. Ste 301
Colorado Springs, CO 80903
Tel. 719-444-8464
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Certificate and Motion to Determine Notice was served by placing the same in the U.S. Mail, first class postage prepaid, this 12/19/09 to the following:

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201
via PACER

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202
via PACER

Deborah & Steven Gray
18695 Shiloh Ranch Dr
Colorado Springs, CO 80908-1249

/s/ Geoffrey H. Atzbach