UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| STEVEN GARLAND GRAY ) | Chapter 13 |
| SSN: XXX-XX-2477 ) | Case No.: 09-31825 EEB |
| DEBORAH GARNER GRAY ) | |
| SSN: XXX-XX-4772 ) | |

_____
**ORDER ALLOWING AND APPROVING FEES**
_____

      GEOFFREY H. ATZBACH, counsel for the Debtor(s), is allowed a fee for services herein of $3000.00 and reimbursement of out-of-pocket expenses of $18.73. Counsel received $576.00 prepetition. The remaining balance, $2442.73, is payable out of plan payments.

Dated: February 10, 2010

BY THE COURT:

Elizabeth E. Brown,
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: caligiuri          Page 1 of 1              Date Rcvd: Feb 10, 2010
Case: 09-31825                Form ID: pdf904          Total Noticed: 1

The following entities were noticed by first class mail on Feb 12, 2010.
db/db         Steven Garland Gray,   Deborah Garner Gray,   18695 Shiloh Ranch Dr,
              Colorado Springs, CO  80908-1249

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2010**        **Signature:** _Joseph Speetjens_