**210B (12/09**)

# United States Bankruptcy Court

District of Colorado
Case No. 09-31825-EEB
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Steven Garland Gray<br>18695 Shiloh Ranch Dr<br>Colorado Springs CO 80908-1249 | Deborah Garner Gray<br>18695 Shiloh Ranch Dr<br>Colorado Springs CO 80908-1249 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim(s) listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/19/2010.

Name and Address of Alleged Transferor:

Claim No. 3: FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO, BANK OF AMERICA, NA AND MBNA AMERICA BAN, 1000 Samoset Drive, DE5-023-03-03, Newark, DE 19713

Name and Address of Transferee:

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125
USA

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/21/10

Bradford L. Bolton
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: mehanm           Page 1 of 1            Date Rcvd: Apr 19, 2010
Case: 09-31825                Form ID: trc           Total Noticed: 1
```

The following entities were noticed by first class mail on Apr 21, 2010.
11926509     +FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO,    BANK OF AMERICA, NA AND MBNA AMERICA BAN,
               1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2010**                    **Signature:**    _Joseph Speetjens_