**UNITED STATES BANKRUPTCY COURT**

**District of Colorado (Denver)**

In re:

Debtor(s)

Steven Garland Gray and Deborah Garner Gray

Case No.:    09-31825

Chapter:    13

Loan Number (Last 4):    4549

## NOTICE OF PAYMENT CHANGE

JPMorgan Chase Bank, N.A., its successor or assign, hereby gives its Notice of Payment Change as follows:

| | |
|---|---|
| Change Reason: | HELOC |
| Effective Date (first payment): | August 15, 2011 |
| New Interest Rate (if changed): | 2.99% |
| Principal and Interest: | $1,457.33 |
| Escrow/Optional Insurance/Other: | $0.00 |
| Total New Monthly Payment: | $1,457.33 |

This is a Home Equity loan. The payment changes are calculated on a daily simple interest rate basis as a percentage of the outstanding principle balance times the number of days in the cycle. In an attempt to comply with the Local Rule, this notice, which contains the pertinent payment change information, is being submitted. Creditor will provide any additional information to the court, and to any party to this proceeding, upon request.

JPMorgan Chase Bank, N.A.

PO Box 24785

Columbus, OH 43224

866-520-6447

Date:    July 29, 2011

By:    /s/ Diana Duarte

Authorized Filing Agent for Filer

619281-42f3b281-5514-44d3-8a92-6538e47ea695

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor's Attorney:

Geoffrey H. Atzbach
455 E. Pikes Peak Ave.
Ste. 301
Colorado Springs, CO 80903

Trustee:

Sally Zeman
Chapter 13 Trustee
PO Box 1169
Denver, CO 80201

/s/ Bill Taylor
_____
As Authorized Filing Agent for Filer

619281-e49f5f4e-88fc-48c0-97a8-14fb62e38a04