UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>　　STEVEN GARLAND GRAY<br>　　DEBORAH GARNER GRAY<br>　　　　　Debtor(s) | Case No. 09-31825-EEB<br><br>Chapter 13<br><br>Judge ELIZABETH E. BROWN |

**CHAPTER 13 STANDING TRUSTEE'S FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

For the period from the petition date through September 30, 2011, Douglas B. Kiel, successor chapter 13 trustee, for the above captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. § 1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $39,100.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$39,100.00** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,442.73 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,917.91 | |
| Other | $0.00 | |
| Secured Creditors | $0.00 | |
| Priority Creditors | $0.00 | |
| General Unsecured Creditors | $33,009.34 | |
| **Total Disbursements & Expense of Administration:** | | **$37,369.98** |

| **Balance Transferred to Successor Trustee** | **$1,730.02** |
|---|---|

Dated: October 12, 2011

/s/ Douglas B. Kiel
Chapter 13 Successor Trustee
4725 South Monaco Street, Suite 120
Denver, CO  80237

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>  STEVEN GARLAND GRAY<br>  DEBORAH GARNER GRAY<br><br>        Debtor(s) | Case No. 09-31825-EEB<br><br>Chapter 13<br><br>Judge ELIZABETH E. BROWN |

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>October 12, 2011</u>, a copy of the foregoing **Chapter 13 Standing Trustee's FRBP 2012 Report Accounting of Prior Administration Of Case** was served on the following by, **regular U.S. Mail** addressed to:

STEVEN GARLAND GRAY
DEBORAH GARNER GRAY
18695 SHILOH RANCH DR
COLORADO SPRINGS, CO,    80908-1249

/s/ Douglas B. Kiel
Douglas B. Kiel
Chapter 13 Trustee