United States Bankruptcy Court
District of Colorado

In re:  
Steven Garland Gray  
Deborah Garner Gray  
    Debtors

Case No. 09-31825-EEB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: swansonj         Page 1 of 2                Date Rcvd: Mar 11, 2013  
                    Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11904044      +E-mail/Text: bknotice@ncmllc.com Mar 12 2013 02:08:14      National Capital Management, LLC.,
       8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
                                                                                                         TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013**                      **Signature:** _Joseph Speetjens_

```
District/off: 1082-1          User: swansonj           Page 2 of 2              Date Rcvd: Mar 11, 2013
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2013 at the address(es) listed below:
           Douglas B. Kiel    ecfmail@denver13.com
           Geoffrey H. Atzbach    on behalf of Debtor Deborah Gray geoff@atzbachlaw.com
           US Trustee    USTPRegion19.DV.ECF@usdoj.gov
           TOTAL: 3

210B (12/09)

# United States Bankruptcy Court

District of Colorado
Case No. 09-31825-EEB
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven Garland Gray
18695 Shiloh Ranch Dr
Colorado Springs CO 80908-1249

Deborah Garner Gray
18695 Shiloh Ranch Dr
Colorado Springs CO 80908-1249

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim(s) listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/08/2013.

Name and Address of Alleged Transferor:

Claim No. 3: National Capital Management, LLC., 8245 Tournament Drive, Suite 230, Memphis, TN 38125, USA

Name and Address of Transferee:

Portfolio Recovery Assocs., LLC
POB 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/13/13

Bradford L. Bolton
**CLERK OF THE COURT**