**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In Re:

STEVEN GARLAND GRAY
XXX-XX-2477

DEBORAH GARNER GRAY
XXX-XX-4772

Debtor(s)

Case No. 09-31825-EEB

Chapter 13

**LOCAL BANKRUPTCY FORM 9013-1.1**
**NOTICE OF TRUSTEE'S OBJECTION TO CLAIM**

**OBJECTION DEADLINE: 3/30/15**

**YOU ARE HEARBY NOTIFIED** that Douglas B. Kiel, Chapter 13 Trustee has filed an Objection to Claim with the bankruptcy court and requests the following relief: that an Order disallowing the claim in full be entered .

If you desire to oppose the Motion you must file a written objection on or before the deadline stated above, and request a hearing with the Bankruptcy Court, 721 19th Street, Denver, CO  80202-2508 and serve a copy upon the Chapter 13 Trustee, 4725 S. Monaco Street, Ste. 120, Denver, CO  80237. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any .

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties .

Dated: February 24, 2015

/s/Douglas B. Kiel
DOUGLAS B KIEL CHAPTER 13 TRUSTEE
4725 S MONACO STREET SUITE 120
DENVER, CO 80237
(720)398-4444
FAX: (720)398-4445