UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| STEVEN GARLAND GRAY ) | Chapter 13 |
| SSN: XXX-XX-2477 ) | Case No.: 09-31825 EEB |
| DEBORAH GARNER GRAY ) | |
| SSN: XXXX-XX-4772 | |

**CHAPTER 13 DEBTORS' CERTIFICATION TO OBTAIN DISCHARGE
PURSUANT TO 11 U.S.C. § 1328**

The debtors, Steven & Deborah Gray, certify that:

1. **Plan Payments:**

[ X ]   I/we have completed all payment and obligations required by my Chapter 13 Plan.

2. **Domestic Support Obligations:**

[ X ]   I/we have no domestic support obligations.

[ ]   During the pendancy of this bankruptcy case, I/we have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.

[ ]   I/We have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302(d)(1)(c).

3. **Valuation of Collateral Pursuant to 11 U.S.C. § 506**

[ ]   I/we previously filed a *Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506* (the "Motion") (docket no. n24) as to the real property described below.

[ ]   Pursuant to the Motion and my Chapter 13 Plan, I/we request an order that the following liens are extinguished (proposed order is attached)

| Name of Creditor | Description of Collateral (pursuant to confirmed plan) |
|---|---|
| | |
| | |
| | |

4.   **Felony convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).**

[ X ]   I have not been convicted of a felony (as defined in section 3156 of title 18).   See 11 U.S.C. § 522 (q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

[ X ]   There are no pending proceedings in which I/we may be found guilty of a felony   of the kind described in Section 522(q)(1)(A) or liable for a debt of the kind described in Section 522(q)(1)(B).

5.   **Personal Financial Management Course**

[ X ]   I have completed an instructional course in personal finance management and the certification of completion has been filed.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.


Dated____3/18/15_____          By:__/s/ Steven G. Gray_____
                                             Steven G. Gray


Dated:_3/18/15_____ _____           By:__/s/ Deborah G. Gray_____
                                             Deborah G. Gray


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Chapter 13 Debtors' Certificate to Obtain Discharge was served by placing the same in the U.S. Mail, first class postage prepaid, this March 23, 2015 to the following:

Deborah Garner Gray
18695 Shiloh Ranch Dr
Colorado Springs, CO 80908-1249

Douglas B. Kiel
Chapter 13 Trustee
4725 S. Monaco St.
Ste. 120
Denver, CO 80237

National Capital Management LLC
8245 Tournament Drive, Ste 230
Memphis, TN 38125


                                             _ Geoffrey H. Atzbach_____
                                             Geoffrey H. Atzbach