```
                             United States Bankruptcy Court
                                   District of Colorado

In re:                                                              Case No. 09-31825-EEB
Steven Garland Gray                                                 Chapter 13
Deborah Garner Gray
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 1082-1           User: roneyp                  Page 1 of 2           Date Rcvd: Mar 24, 2015
                               Form ID: 785                  Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2015.
db/db         Steven Garland Gray,    Deborah Garner Gray,    18695 Shiloh Ranch Dr,
              Colorado Springs, CO 80908-1249
16538302     +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,   P O Box 982284,
              El Paso, TX 79998-2284
11474250     +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
11378305      Chase Home Finance,    PO Box 78035,    Phoenix, AZ 85062-8035
11658588     +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,   PO Box 12907,
              Norfolk VA 23541-0907
12564405      Texas Health and Human Services Commission,     c/o Kevin Raymond, HHSC OGC,
              4900 N. Lamar Blvd.,    Austin, TX 78751-2316
11378313     +Wells Fargo Home Mortgage,    PO Box 660278,    Dallas, TX 75266-0278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: IRS.COM Mar 24 2015 23:33:00      IRS,   600 17th St.,   Stop 5027 DEN,   Denver, CO 80202
cr           +E-mail/Text: bknotice@ncmllc.com Mar 24 2015 23:39:58     National Capital Management LLC,
              8245 Tournament Drive, Ste 230,    Memphis, TN 38125-1741
11378300      EDI: AMEREXPR.COM Mar 24 2015 23:33:00      American Express,   PO Box 650448,
              Dallas, TX 75265-0448
11631454      EDI: BECKLEE.COM Mar 24 2015 23:33:00      American Express Bank FSB,   c/o Becket and Lee LLP,
              POB 3001,   Malvern PA 19355-0701
11515272      EDI: BECKLEE.COM Mar 24 2015 23:33:00      American Express Centurion Bank,
              c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11378301      EDI: BANKAMER2.COM Mar 24 2015 23:33:00     Bank Of America,   PO Box 851001,
              Dallas, TX 75285-0001
11378302      EDI: BANKAMER2.COM Mar 24 2015 23:33:00     Bank Of America,   PO Box 15184,
              Wilmington, DE 19850-5184
11378307      EDI: CITICORP.COM Mar 24 2015 23:33:00     Citi Cards,   PO Box 6000,
              The Lakes, NV 88901-6000
11378303      EDI: CAPITALONE.COM Mar 24 2015 23:33:00      Capital One Bank,   PO Box 60599,
              City of Industry, CA 91716-0599
11773192      EDI: CAPITALONE.COM Mar 24 2015 23:33:00      Capital One Bank (USA), N.A.,
              by American Infosource Lp As Agent,    PO Box 71083,   Charlotte, NC 28272-1083
11378304      EDI: CHASE.COM Mar 24 2015 23:33:00      Chase,   PO Box 94014,   Palatine, IL 60094-4014
11378306      EDI: CITICORP.COM Mar 24 2015 23:33:00      Citi Bank,   PO Box 6401,
              The Lakes, NV 88901-6401
11378308      EDI: RMSC.COM Mar 24 2015 23:33:00      Dillards,   PO Box 960012,   Orlando, FL 32896-0012
11478747     +EDI: BANKAMER.COM Mar 24 2015 23:33:00      FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO,
              BANK OF AMERICA, NA AND MBNA AMERICA BAN,    1000 Samoset Drive,   DE5-023-03-03,
              Newark, DE 19713-6000
11450273      EDI: BL-BOA.COM Mar 24 2015 23:33:00      FIA Card Services aka Bank of America,
              c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11378309      EDI: RMSC.COM Mar 24 2015 23:33:00      GAP,   PO Box 530942,   Atlanta, GA 30353-0942
11378311      EDI: CBSKOHLS.COM Mar 24 2015 23:33:00      Kohls,   PO Box 30510,   Los Angeles, CA 90030-0510
11722272      EDI: RESURGENT.COM Mar 24 2015 23:33:00      LVNV Funding LLC its successors and assigns,
              c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
11904044     +E-mail/Text: bknotice@ncmllc.com Mar 24 2015 23:39:57     National Capital Management, LLC.,
              8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741,    USA
11836848      EDI: PRA.COM Mar 24 2015 23:33:00      Portfolio Recovery Associates, LLC.,   P.O. Box 41067,
              Norfolk, VA 23541
11547246     +EDI: PRA.COM Mar 24 2015 23:33:00      PRA Receivables Management, LLC,
              As Agent Of Portfolio Recovery Assocs.,    POB 41067,   NORFOLK VA 23541-1067
15122912     +EDI: PRA.COM Mar 24 2015 23:33:00      Portfolio Recovery Assocs., LLC,   POB 41067,
              Norfolk, VA 23541-1067
11559783      EDI: USBANKARS.COM Mar 24 2015 23:33:00      U. S. Bank N.A.,   P.O. Box 5229,
              Cincinnati, OH 45201
11378312      EDI: USBANKARS.COM Mar 24 2015 23:33:00      US Bank,   PO Box 790167,
              Saint Louis, MO 63179-0167
14097325     +EDI: WFFC.COM Mar 24 2015 23:33:00      WELLS FARGO BANK N.A.,   ATTENTION BANKRUPTCY DEPARTMENT,
              /MAC: X7801-014,    3476 STATEVIEW BLVD,   FORT MILL, SOUTH CAROLINA 29715-7203
                                                                                              TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11378310*    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot,     PO Box 6028,   The Lakes, NV 88901-6028)
11926509*    +FIA CARD SERVICES, NA AS SUCCESSOR IN INTEREST TO,    BANK OF AMERICA, NA AND MBNA AMERICA BAN,
              1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
11903437*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
              Norfolk VA 23541)
                                                                                           TOTALS: 0, * 3, ## 0
```

```
District/off: 1082-1           User: roneyp                 Page 2 of 2                  Date Rcvd: Mar 24, 2015
                               Form ID: 785                 Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2015 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Geoffrey H. Atzbach    on behalf of Debtor Deborah Garner Gray geoff@atzbachlaw.com
              Geoffrey H. Atzbach    on behalf of Debtor Steven Garland Gray geoff@atzbachlaw.com
              US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                            TOTAL: 4

*b18w_13ac COB Form #785* (06/10)

# United States Bankruptcy Court
### District of Colorado
Case No. **09–31825–EEB**
### Chapter 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven Garland Gray | Deborah Garner Gray |
| aka(s), if any will be listed on the last page. | aka(s), if any will be listed on the last page. |
| 18695 Shiloh Ranch Dr | 18695 Shiloh Ranch Dr |
| Colorado Springs, CO 80908–1249 | Colorado Springs, CO 80908–1249 |

Social Security No.:
  xxx–xx–2477                                                             xxx–xx–4772

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).


                                                                    BY THE COURT

Discharge Date:  3/24/15                                            s/ Elizabeth E. Brown
                                                                    United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18W_13ac continued (08/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

### Liens that are Extinguished

Pursuant to 11 U.S.C. Section 506(d), if an Order entered in this case valuing a creditor's secured claim at $0, the lien is extinguised by operation of law upon the entry of the debtor's discharge; or upon successful completion of all plan payments and the case closing, if the debtor is not eligible for a discharge.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact**

**effect of the discharge in this case.**

## Aliases Page

**Debtor aka(s):**

ods Gray Neuropsychology Associates, Inc

**Joint Debtor aka(s):**

ods Gray Neuropsychology Associates, Inc