# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In Re:

STEVEN GARLAND GRAY                    Case No. 09-31825-EEB
XXX-XX-2477

                                       Chapter 13

DEBORAH GARNER GRAY
XXX-XX-4772

                    Debtor(s)

---

## CHAPTER 13 TRUSTEE'S CERTIFICATE OF NON-CONTESTED MATTER
## AND REQUEST FOR ENTRY OF ORDER

---

On 2/24/2015 Douglas B. Kiel, Chapter 13 Trustee filed an Objection to Claim Number 020, filed by TEXAS HEALTH AND HUMAN SVC COMMISSION. Movant hereby requests and shows the Court:

1. Service of the Objection was timely made on all interested parties pursuant to L. B.R. 9013-1.1 as is shown on the certificate of service previously filed with the Objection.
2. Service of the Notice was timely made on all interested parties pursuant to L. B.R. 9013-1.1 as is shown on the Certificate of Service previously filed with the Notice.
3. No Objections to or Requests for Hearing on the Objection were received by the undersigned.

WHEREFORE, Movant prays that the Court enter an Order, a form previously submitted with the claim objection filed, granting the requested relief.

Dated: March 31, 2015                  /s/Douglas B. Kiel
                                       Douglas B. Kiel
                                       Chapter 13 Trustee
                                       4725 S. Monaco St., Ste. 120
                                       Denver, CO  80237
                                       720-398-4444