UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

STEVEN GARLAND GRAY
XXX-XX-2477

DEBORAH GARNER GRAY
XXX-XX-4772

Case No. 09-31825-EEB

Chapter 13

Debtor(s)

## ORDER ON OBJECTION TO CLAIM

Upon the Motion of Douglas B. Kiel, Chapter 13 Trustee, it is:

ORDERED that the claim filed by the following creditor is disallowed as unenforceable against this estate .

| **Creditor** | **Claim Amount** | **Date Filed** | **Court Claim Number** |
|---|---|---|---|
| TEXAS HEALTH AND HUMAN SVC COMMISSION | $207,175.29 | 10/12/10 | 020 |

Dated: April 1st, 2015

BY THE COURT:

_Elizabeth E. Brown_
U.S. BANKRUPTCY JUDGE