```
                         United States Bankruptcy Court
                             District of Colorado
In re:                                                        Case No. 09-31825-EEB
Steven Garland Gray                                           Chapter 13
Deborah Garner Gray
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1        User: spressera          Page 1 of 1              Date Rcvd: Apr 01, 2015
                            Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2015.
db/db          Steven Garland Gray,    Deborah Garner Gray,    18695 Shiloh Ranch Dr,
               Colorado Springs, CO  80908-1249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2015                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2015 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Geoffrey H. Atzbach    on behalf of Debtor Deborah Garner Gray geoff@atzbachlaw.com
              Geoffrey H. Atzbach    on behalf of Debtor Steven Garland Gray geoff@atzbachlaw.com
              US Trustee, 13    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                 TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

STEVEN GARLAND GRAY
XXX-XX-2477

Case No. 09-31825-EEB

Chapter 13

DEBORAH GARNER GRAY
XXX-XX-4772

        Debtor(s)

## ORDER ON OBJECTION TO CLAIM

Upon the Motion of Douglas B. Kiel, Chapter 13 Trustee, it is:

ORDERED that the claim filed by the following creditor is disallowed as unenforceable against this estate .

| **Creditor** | **Claim Amount** | **Date Filed** | **Court Claim Number** |
|---|---|---|---|
| TEXAS HEALTH AND HUMAN SVC COMMISSION | $207,175.29 | 10/12/10 | 020 |

Dated: April 1st, 2015

BY THE COURT:

*Elizabeth E. Brown*

U.S. BANKRUPTCY JUDGE